■ WANDA BAKER et al., Appellants, v ELITE AMBULETTE SERVICE, INC., et al., Respondents. [843 NYS2d 588]—Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered April 24, 2006, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants established prima facie entitlement to summary judgment by submitting evidence demonstrating that plaintiffs did not sustain a serious injury as a result of the car accident between the parties (*Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). Plaintiffs failed to raise a triable issue of fact that a serious injury was sustained within the meaning of Insurance Law § 5102 (d). The affidavit of plaintiffs' medical expert failed to explain adequately the reason for the three-year gap in plaintiffs' treatment, and the excuse is not supported by the record (*see Black v Regalado*, 36 AD3d 437 [2007]; *see also Wei-San Hsu v Briscoe Protective Sys., Inc.*, 43 AD3d 916 [2007]). Concur—Nardelli, J.P., Gonzalez, Sweeny, McGuire and Kavanagh, JJ.